**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION-FLINT**

In Re:

| | |
|---|---|
| Corey Allen Planck | Case No.: 15-32469 |
| Jessica Lynne Nickola | Chapter 13 |
| Debtors. | Hon. Daniel Opperman |

_____/

Debtor's Chapter 13 Confirmation Hearing Statement
[To be completed fully; otherwise the case will be dismissed
per paragraph 3 of the Chapter 13 Case Management Order]

At the next confirmation hearing in this case, the debtor intends to: [Check ONE of the following]

1. __ Request confirmation of the debtor's plan, because all timely objections of creditors and the trustee have been resolved.  I have emailed to the trustee a proposed order confirming the plan, as required in paragraph 2 of the Chapter 13 Case Management Order.

2. _X_ Request confirmation of the debtor's plan, even though all timely objections have not been resolved.  I have emailed to the trustee a proposed order confirming the plan, as required in paragraph 2 of the Chapter 13 Case Management Order.  The parties are at an impasse in attempting to resolve these objections despite all reasonable efforts.  The following are: (a) the parties whose timely objections have not been resolved; (b) their unresolved objections; and (c) the legal and factual issues that must be resolved by the Court in connection with confirmation:

Trustee Objections: First payment not posted; amend Schedules I and J when Debtor obtains employment, 2014 Tax Return, Provide SEV for 2002 E. Court Street.
Creditor Objections: Genesee County Treasurer, objects to treatment

3. __ Request an adjournment of the confirmation hearing to , due to the following good cause:

4. ___ Dismiss the case. [The Court will enter an order of dismissal and the case will be removed from the docket.]

5. ___ Convert the case to chapter 7. [The Court will enter an order of conversion to chapter 7 and the case will be removed from the docket.]

6. ___ Re-convert the case to chapter 7. [The case will remain on the docket and parties will have an opportunity to be heard.]

/s/David W. Brown_____
David W. Brown (P58113)
1820 N. Lapeer Road, Ste. 2A
Lapeer, MI 48446
810-245-6082
davidbrownlaw@live.com

Date:  February 10, 2016